# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL ACTION 09-00046-KD |
| | ) | |
| MANUEL CHAPA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on defendant Manuel Chapa's motion for release from custody (doc. 26). Upon consideration and for the reasons set forth herein, his motion is **MOOT.**

Chapa moves the Court for release on basis that he has completed his federal sentence. In his motion, Chapa states that on December 11, 2009, he was sentenced by this Court to a term of twenty (24) months. After sentencing, Chapa was returned to the custody of the Escambia County Jail, Escambia County, Alabama, for further action on charges pending in that County. On April 6, 2010, Chapa was sentenced in the Circuit Court of Escambia County, Alabama. He alleges that his state sentence was ordered to run concurrent and co-terminus with his federal sentence. On May 29, 2010, Chapa was released from state custody. On June 7, 2010, he filed the pending motion for release from federal custody (doc. 26).

The United States Probation Office informed the Court that Chapa has been released from federal custody and has begun his term of supervised release. Since Chapa has been released, his motion is now moot.

**DONE** and **ORDERED** this the 14th day of June, 2010.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE